UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:12-cr-0010-TWP-MJD |
| | ) | |
| LARRY WAYNE WHITE, | ) | - 01 |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Mark J. Dinsmore's Report and Recommendation that Larry White's supervised release be revoked, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 30 days, in the custody of the Attorney General.   Upon Mr. Leonard's release from confinement, he will be subject to 2 years of supervised release including residing in a residential treatment center for a period of 4 months..

SO ORDERED this   01/10/2014

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Melanie Conour
Assistant U. S. Attorney
melanie.conour@usdoj.gov

Bill Dazey
Office of Indiana Federal Community Defender
bill.dazey@fd.org


U. S. Parole and Probation